GORDON & SILVER, LTD.
ERIC R. OLSEN
Nevada Bar No. 3127
KAREN L. HANKS
Nevada Bar No. 9578
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Plaintiffs

JUDD BURSTEIN, ESQ. (NY Bar # JB-9585)
PETER B. SCHALK, ESQ. (NY Bar #PBS-8257)
*Admitted Pro Hac Vice*
JUDD BURSTEIN, P.C.
1790 Broadway, Suite 1501
New York, NY 10019
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIEGO CORRALES and GARY SHAW PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSE LUIS CASTILLO,<br><br>Defendant. | CASE NO. 2:07-cv-00141-LRH-LRL<br><br>**STIPULATION AND ORDER TO REDUCE BOND** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, DIEGO CORRALES and GARY SHAW PRODUCTIONS, LLC, by and through their counsel, the Law Firm of Gordon & Silver, Ltd., and Defendant JOSE LUIS CASTILLO, by and through his counsel, the Law Firm of Harrison, Kemp & Jones, LLP, that the cash bond, #00100804, in the amount of $500,000.00 posted with the United States District Court, District of Nevada, Case Number 2:07-cv-00141-LRH-LRL on June 22, 2007, be reduced to $50,000.00.

. . .

. . .

. . .

. . .

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

101140-001/494002.doc

1 of 2

IT IS FURTHER STIPULATED AND AGREED that $450,000.00 of the cash bond, #00100804, be distributed to Gordon & Silver, Ltd., as counsel for DIEGO CORRALES and GARY SHAW PRODUCTIONS, LLC.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs will seek leave of the Court prior to obtaining any further pre-judgment writ of attachment or garnishment in this action.

DATED this 2nd day of August, 2007.

GORDON & SILVER, Ltd.

*/s/ Eric R. Olsen*

ERIC R. OLSEN, ESQ.
Nevada Bar No. 3127
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169
Attorney for Plaintiffs

DATED this 2ND day of August, 2007.

HARRISON, KEMP, JONES & COULTHARD, LLP

*/s/ William Coulthard*

WILLIAM COULTHARD, ESQ.
Nevada Bar No. 3927
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Attorney for Defendant

IT IS HEREBY ORDERED this 6th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

GORDON & SILVER, LTD.

*/s/ Eric R. Olsen*

ERIC R. OLSEN
Nevada Bar No. 3127
KAREN L. HANKS
Nevada Bar No. 9578
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Plaintiffs

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

101140-001/494002.doc

2 of 2