✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

| | |
|---|---|
| Diego Corrales, et al. | **DEFAULT** |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Jose Luis Castillo, et al. | Case Number: 2:07-CV-0141 LRH-LRL |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered against nonparty Top Rank in the amount of $50,000.00.

May 23, 2008              /s/ Lance S. Wilson
Date                                                          Clerk

/s/ Eileen Sterba
(By) Deputy Clerk